UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-114-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| STACY TREMAINE JOHNSON, | ) | |
| Defendant. | ) | |

Stacy Tremaine Johnson's Motion for Reconsideration [DE-104], of this court's April 16, 2010, order [DE-103] allowing his Motion for Reduction of Sentence [DE-98], is DENIED. The court remains convinced that 210 months is an appropriate sentence.

SO ORDERED.

This, the 1st day of May, 2012.

_____
JAMES C. FOX
Senior United States District Judge